IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW L. ASHBY, and MASON LEE ASHBY, | ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3154 |
| v. | ) ) | |
| MARY DYER, MONICA TAYLOR KILMER, DOUGLAS ERIC BLACK, TAMMY NORRIS BLACK, DAVID TAYLOR, MICHELLE TAYLOR, MICHAEL WASHBURN, ERICKSON AND SEDERSTROM, BRYANT A. WHITMIRE, LIFETIME ADOPTION AND FACILITATION CENTER, AGAPE OF CENTRAL ALABAMA, and AGAPE PREGNANCY CARE CENTER, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED,

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge