IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW L. ASHBY, and MASON LEE ASHBY, | ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3154 |
| v. | ) ) | |
| MARY DYER, MONICA TAYLOR KILMER, DOUGLAS ERIC BLACK, TAMMY NORRIS BLACK, DAVID TAYLOR, MICHELLE TAYLOR, MICHAEL WASHBURN, ERICKSON AND SEDERSTROM, BRYANT A. WHITMIRE, LIFETIME ADOPTION AND FACILITATION CENTER, AGAPE OF CENTRAL ALABAMA, and AGAPE PREGNANCY CARE CENTER, | ) ) ) ) ) ) ) ) ) ) ) | REASSIGNMENT ORDER |
| Defendants. | ) ) | |

Pursuant to the recusal of Magistrate Judge David L. Piester (Filing No. 28) in the above matter,

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters and remains assigned to District Judge Richard G. Kopf for disposition.

DATED this 1st day of August, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge