IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW L. ASHBY, individually and as next friend of MASON LEE ASHBY, a minor, | ) ) ) ) | 4:05CV3154 |
| Plaintiff, | ) | **ORDER** |
| vs. | ) ) | |
| MARY DYER, individually and in her official capacity, et al., | ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that by the close of business on September 1, 2005, each party shall submit a brief, not longer than 10 pages, addressing the limited issue of whether an expedited hearing should be held on plaintiff's request for issuance of a writ of habeas corpus.

    August 26, 2005.                       BY THE COURT:

                                                                s/ *Richard G. Kopf*
                                                                United States District Judge