# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW L. ASHBY, and MASON LEE ASHBY, | ) ) ) | |
| Plaintiffs, | ) ) | 4:05CV3154 |
| v. | ) ) | |
| MARY DYER, MONICA TAYLOR KILMER, DOUGLAS ERIC BLACK, TAMMY NORRIS BLACK, DAVID TAYLOR, MICHELLE TAYLOR, MICHAEL WASHBURN, ERICKSON AND SEDERSTROM, BRYANT A. WHITMIRE, LIFETIME ADOPTION AND FACILITATION CENTER, AGAPE OF CENTRAL ALABAMA, and AGAPE PREGNANCY CARE CENTER, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

The Clerk's Office has requested that Document Numbers 53 and 54 be stricken from the record for the following reason:

- Documents filed in incorrect case.

**IT IS ORDERED** that the Clerk's Office shall strike Document Numbers 53 and 54 from the record.

DATED this 26th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge