IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW L. ASHBY, individually and as next friend of MASON LEE ASHBY, a minor, | ) ) ) ) | 4:05CV3154 |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| MARY DYER, individually and in her official capacity, et al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. Filing 38, the motion of defendant Bryant Whitmire to permit his motion to dismiss (filing 25) to apply to plaintiff's amended complaint (filing 30), is granted.

2. Filing 26, the motion of defendant Bryant Whitmire for an enlargement of time to submit brief, is granted instanter, and the brief filed by said defendant on August 26, 2005 (filing 51), is accepted.

3. Filing 32, the motion to dismiss the defendant Lifetime Adoption Facilitation, LLC, is denied without prejudice, as moot.

4. Filing 33, the motion of defendant Lifetime Adoption Facilitation, LLC, for an enlargement of time to submit brief, is denied without prejudice, as moot.

5.   Filing 44, the motion of defendant Lifetime Adoption Facilitation, LLC, for an enlargement of time to submit brief, is granted <u>instanter</u>, and the brief filed by said defendant on August 31, 2005 (filing 62) is accepted.

6.   Filing 46, the motion of defendants Monica Kilmer, Douglas Black, and Tammy Black for a second enlargement of time to answer or otherwise plead, is granted, as follows: These defendants shall respond to plaintiff's amended complaint (filing 30) on or before September 19, 2005.

7.   Filing 61, plaintiff's motion for an enlargement of time to respond to motions to dismiss filed by defendants Erickson and Sederstrom, PC (filing 40), Whitmire (filing 25), and AGAPE of Central Alabama, Inc. (filing 57), is granted, as follows:  Plaintiff shall respond to each of these motions on or before October 20, 2005.

8.   Filing 67, plaintiff's motion for an enlargement of time to respond to motions to dismiss filed by defendant Lifetime Adoption Facilitation, LLC (filing 43), is granted, as follows: Plaintiff shall respond to this motion on or before October 20, 2005.

9.   Filing 69, plaintiff's motion to seal evidence, is denied.

September 6, 2005.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge