# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW L. ASHBY, individually and as next friend of MASON LEE ASHBY, A Minor,<br><br>    Plaintiff,<br> vs.<br><br>MARY DYER, et al.,<br><br>    Defendants. | 4:05CV3154<br><br>ORDER |

  This matter is before the court on the plaintiff's motion (Filing No. 75) for an extension of time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f). The motion will be granted to the extent set forth below.

  **IT IS ORDERED:**

  1. The plaintiff's motion (Filing No. 75) is granted as set forth below.

  2. The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report **on or before October 14, 2005** regarding their discovery plan.

  DATED this 9th day of September, 2005.

                BY THE COURT:

                s/Thomas D. Thalken
                United States Magistrate Judge