IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MATTHEW L. ASHBY, Individually and as Next Friend of Mason Lee Ashby, and MASON LEE ASHBY, a Minor,<br><br>   Plaintiffs.<br> vs.<br><br>MARY DYER, et al.,<br><br>   Defendants. | 4:05CV3154<br><br>ORDER |

This matter is before the court on the plaintiff's Motion for Further Continuance of Planning Conference (Filing No. 77). The plaintiff seeks a 30-day enlargement of the time in which to report to the court on the meeting of the parties to propose a discovery plan pursuant to Fed. R. Civ. P. 26(f). The current deadline for such report is October 14, 2005 (Filing No. 76). The motion will be granted to the extent set forth below.

**IT IS ORDERED:**

1. The plaintiff's Motion for Further Continuance of Planning Conference (Filing No. 77) is granted as set forth below.

2. The parties are granted additional time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) and shall file their report regarding their discovery plan **on or before November 14, 2005**.

DATED this 15th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge