# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MATTHEW L. ASHBY, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CV3154 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MARY DYER, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

This matter is before the court on the plaintiffs' Motion for Leave to File Second Amended Complaint (Filing No. 84). The plaintiffs attached to the motion an unsigned copy of the proposed amended complaint, in compliance with NECivR 15.1(a). **See** Filing No. 84, Exhibit 1. None of the other parties to this action filed an objection to the motion. The plaintiffs' motion was filed before any deadline for filing such motions was set. The plaintiffs seek to modify the descriptions of the parties and the factual allegations. Upon consideration,

**IT IS ORDERED:**

1. The plaintiffs' Motion for Leave to File Second Amended Complaint (Filing No. 84) is granted.

2. The plaintiff shall have to on or before **November 9, 2005**, to file the amended complaint.

DATED this 1st day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
