## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MATTHEW L. ASHBY, et al.,** | ) | |
| | ) | **4:05CV3154** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MARY DYER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motions to dismiss by defendants Erickson and Sederstrom PC and Michael Washburn (Filing No. 97); by defendant Mary Dyer (Filing No. 100); by defendant Lifetime Adoption and Facilitation Center (Filing No. 102); by defendants Monica Taylor Kilmer, Douglas Eric Black, and Tammy Norris Black (Filing No. 105); by defendant Bryant A. Whitmire (Filing No. 108); and by defendants David Taylor and Michelle Taylor (Filing No. 111). As requested in the report of the parties' planning conference (Filing No. 96), the parties shall have to **January 13, 2006**, in which to conduct discovery addressed to the issue of jurisdiction. Thereafter, the parties shall have to **January 31, 2006**, in which to file responsive briefs to any pending motions to dismiss. Any reply briefs pursuant to NECivR 7.1(c) shall be filed **on or before February 7, 2006**.

Unless this case is entirely resolved by the court's rulings on the pending motions to dismiss, plaintiff's counsel shall arrange a telephone conference with the undersigned magistrate judge and all opposing counsel within **ten (10) working days** of the rulings on the pending motions to dismiss to schedule the further progression of this case.

**IT IS SO ORDERED.**

DATED this 30th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge