# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MATTHEW L. ASHBY, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | 4:05CV3154 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MARY DYER, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

This matter is before the court on the plaintiffs' Motion to Compel Discovery (Filing No. 123). As part of the motion, the plaintiffs seek an expedited schedule to resolve the discovery dispute due to the discovery deadline, January 13, 2006, and deadline for briefing on dispositive motions, January 31, 2006. Upon consideration,

**IT IS ORDERED:**

1. The defendants shall have to **on or before January 13, 2006**, to file a response to the plaintiffs' Motion to Compel Discovery (Filing No. 123).

2. The plaintiffs shall have to **on or before January 18, 2006**, to file any reply.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge