IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MATTHEW L. ASHBY, individually and as next friend of MASON LEE ASHBY, a minor, | ) ) ) ) | 4:05CV3154 |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| vs. | ) ) | |
| MARY DYER, individually and in her official capacity, et al., | ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that the motion for enlargement of time (filing 144) filed by Defendants Monica Taylor Kilmer, Douglas Eric Black, and Tammy Norris Baker is granted, as follows:

Defendants shall have until February 14, 2006, to file a reply brief regarding their motion to dismiss (filing 105).

February 13, 2006.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge